**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tery N. Tittle                        CHAPTER 13
         Kimberly M. Tittle
                Debtor(s)                   BKY. NO. 20-14377 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

                                    Respectfully submitted,

                                    /s/ Rebecca Solarz
                                    Rebecca Solarz
                                    11 Nov 2020, 14:20:33, EST

                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322