**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Tery N. Tittle and Kimberly M. Tittle | : | Case No. 20-14377 |
| Debtors | : | |

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of the Debtors' Motion to Extend Stay, it is hereby

**ORDERED** that this Honorable Court APPROVES the Debtors' Motion, and the automatic stay as to all creditors is hereby extended beyond the initial 30 day period and for the duration of this case unless relief from same is granted.

**Date: November 25, 2020**

_____
HONORABLE ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE