UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Tery N. Tittle<br>    Kimberly Michele Tittle<br><br>        Debtors | Chapter 13<br>Bankruptcy No.20-14377-AMC |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 17th day of February, 2021, by first class mail upon those listed below:

Tery N. Tittle
Kimberly Michele Tittle
324 Anvil Rd
Nottingham, PA  19362

**Electronically via CM/ECF System Only:**

JOHN A GAGLIARDI ESQ
122 South Church Street
WEST CHESTER, PA  19382

                                                            /s/ Deborah A. Earnshaw
                                                            _____
                                                            Deborah A. Earnshaw
                                                            for
                                                            Scott F. Waterman, Esquire
                                                            Standing Chapter 13 Trustee