UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              Case No.:    20-14377

TERY N. TITTLE                                      Chapter:     13
KIMBERLY M. TITTLE
    Debtor(s)

Statement Under Penalty of Perjury Concerning Payment Advices
Due Pursuant to 11 USC § 521 (A)(1)(B)(iv)

I, __Tery Tittle__, state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of filing of the Petition from any employer due to one of the following:

_____ (a)    I was not employed during the period immediately preceding the filing of the above-referenced case _____.
             Please enter dates not employed.

_____ (b)    I was employed during the period immediately preceding the filing of the above-referenced case, but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the Petition.

_____ (c)    I am self-employed and do not receive any evidence of payment.

__X__ (d)    Other (Please explain, i.e. retired, etc.): __Disabled__

I declare under penalty of perjury that I have read the foregoing statement, and that it is true and correct to the best of my knowledge, information, and belief.

Dated: __12/2/20__                          __Tery Tittle__
                                            Signature of Debtor