**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| TERY N. TITTLE AND KIMBERLY M. TITTLE | : | Case No. 20-14377 AMC |
| Debtors | : | |

**CERTIFICATION OF NO RESPONSE TO MOTION TO DETERMINE SECURED STATUS AND OBJECTION TO THE PROOF OF CLAIM OF ALLY FINANCIAL**

TO THE HONORABLE ASHELY M. CHAN, U.S. BANKRUPTCY JUDGE:

The undersigned, counsel for the Debtor, hereby certifies that no answer or response has been served or filed on behalf of Creditor Ally Financial to Debtor's Motion to Determine Secured Status of its Proof of Claim.

                          WETZEL GAGLIARDI FETTER & LAVIN LLC

                          BY:   /s/ John A. Gagliardi
                                  John A. Gagliardi, Esquire
                                  122 S. Church St.
                                  West Chester, PA 19382
                                  Phone: (484) 887-0779
                                  Fax: (484) 887-8763
Dated: May 18, 2021                    jgagliardi@wgflaw.com