**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Tery N. Tittle and Kimberly M. Tittle | : | Case No. 20-14377 AMC |
| | : | |
| Debtors | : | |

**AMENDED CERTIFICATE OF SERVICE**

    I, John A. Gagliardi, Esquire, hereby certify that true and correct copies of the **Notice and Objection to Mariner Finance LLC's Proof of Claim and Request for Admissions, filed on May 1, 2021,** were received by the following on May 26, 2021 by Certified US Mail, return receipt requested (signed receipt attached):

Mariner Finance LLC
Attention: Wendy Reeves, Bankr. Clerk
8211 Town Center Drive
Nottingham, MD 21236

                                      WETZEL GAGLIARDI FETTER & LAVIN LLC

                                      By:   s/John A. Gagliardi
                                      John A. Gagliardi, Esquire
                                      Attorneys for Debtors

Dated: June 1, 2021

