# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| TERY N. TITTLE AND KIMBERLY M. TITTLE | : | Case No. 20-14377 AMC |
| | : | |
| Debtors | : | |

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Debtors' Motion to Determine Secured Status and Objection to the Proof of Claim filed by creditor Ally Financial, it is hereby:

**ORDERED** that Ally Financial's claim is allowed in the following amounts:

$17,910.00 shall be secured;

$31,806.14 shall be unsecured.

Date: June 3, 2021

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE