**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Tery N. Tittle and Kimberly M. Tittle | : | Case No. 20-14377 |
| | : | |
| Debtors | : | |

**ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of the Debtors' Motion to Enter Into Loss Mitigation and Seek a Loan Modification from their residential mortgage lender 21st Mortgage Corporation, it is hereby

**ORDERED** that this Honorable Court APPROVES the Debtors' Motion.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE

**Date: June 3, 2021**