United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                Case No. 20-14377-amc

Tery N. Tittle                                   Chapter 13

Kimberly M. Tittle

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2

Date Rcvd: Jun 03, 2021                 Form ID: pdf900                              Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tery N. Tittle, Kimberly M. Tittle, 324 Anvil Rd, Nottingham, PA 19362-9611 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14558743 | Email/Text: ally@ebn.phinsolutions.com | Jun 04 2021 03:08:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriCredit Financial Services, Inc. dba GM Financ |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2021                                   Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN A. GAGLIARDI | on behalf of Joint Debtor Kimberly M. Tittle jgagliardi@wgflaw.com |
| JOHN A. GAGLIARDI | on behalf of Debtor Tery N. Tittle jgagliardi@wgflaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 03, 2021 | Form ID: pdf900 | Total Noticed: 2 |

REBECCA ANN SOLARZ
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| TERY N. TITTLE AND KIMBERLY M. TITTLE | : | Case No. 20-14377 AMC |
| | : | |
| Debtors | : | |

**ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of the Debtors' Motion to Determine Secured Status and Objection to the Proof of Claim filed by creditor Ally Financial, it is hereby:

**ORDERED** that Ally Financial's claim is allowed in the following amounts:

$17,910.00 shall be secured;

$31,806.14 shall be unsecured.

Date: June 3, 2021

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE