# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Tery N. Tittle and Kimberly M. Tittle | : | Case No. 20-14377 AMC |
| | : | |
| Debtors | : | |

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Debtors' Objection to Mariner Finance LLC's Proof of Claim, it is hereby:

**ORDERED** that (1) the Debtors' Objection is sustained, and the claim of Mariner Finance LLC, listed as Claim Number 12 in this matter, is hereby disallowed in its entirety and (2) Mariner Finance LLC shall retrieve its Collateral as identified in its proof of claim and (3) should Mariner Finance LLC fail to retrieve its Collateral within ninety (90) days of this Order, then title to the Collateral shall vest in the Debtors upon discharge.

Date: June 9, 2021

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE