United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 20-14377-amc
Tery N. Tittle Chapter 13
Kimberly M. Tittle
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Jun 09, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tery N. Tittle, Kimberly M. Tittle, 324 Anvil Rd, Nottingham, PA 19362-9611 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriCredit Financial Services, Inc. dba GM Financ |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN A. GAGLIARDI | on behalf of Joint Debtor Kimberly M. Tittle jgagliardi@wgflaw.com |
| JOHN A. GAGLIARDI | on behalf of Debtor Tery N. Tittle jgagliardi@wgflaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jun 09, 2021 Form ID: pdf900 Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Tery N. Tittle and Kimberly M. Tittle | : | Case No. 20-14377 AMC |
| | : | |
| Debtors | : | |

**ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of the Debtors' Objection to Mariner Finance LLC's Proof of Claim, it is hereby:

**ORDERED** that (1) the Debtors' Objection is sustained, and the claim of Mariner Finance LLC, listed as Claim Number 12 in this matter, is hereby disallowed in its entirety and (2) Mariner Finance LLC shall retrieve its Collateral as identified in its proof of claim and (3) should Mariner Finance LLC fail to retrieve its Collateral within ninety (90) days of this Order, then title to the Collateral shall vest in the Debtors upon discharge.

**Date: June 9, 2021**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE