| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 20-14377-AMC

Tery N. Tittle
Kimberly Michele Tittle
324 Anvil Rd
Nottingham  PA    19362

Petition Filed Date: 11/06/2020
341 Hearing Date: 12/11/2020
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/14/2020 | $500.00 | | 01/08/2021 | $500.00 | | 02/02/2021 | $500.00 | |
| 03/03/2021 | $500.00 | | 03/23/2021 | $500.00 | | 05/05/2021 | $500.00 | |
| 06/08/2021 | $500.00 | | | | | | | |

**Total Receipts for the Period:  $3,500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CARMAX AUTO FINANCE dba CARMAX BUSINESS SERVICES<br>»»  001 | Secured Creditors | $1,687.96 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP<br>»»  02S | Secured Creditors | $10,825.00 | $0.00 | $0.00 |
| 3 | AMERICREDIT FINANCIAL SERVICES<br>»»  02U | Unsecured Creditors | $15,547.05 | $0.00 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP<br>»»  003 | Unsecured Creditors | $598.20 | $0.00 | $0.00 |
| 5 | ONE MAIN FINANCIAL<br>»»  004 | Secured Creditors | $6,675.68 | $0.00 | $0.00 |
| 6 | LENDMARK FINANCIAL SERVICES LLC<br>»»  005 | Unsecured Creditors | $4,898.62 | $0.00 | $0.00 |
| 7 | 21st MORTGAGE CORPORATION<br>»»  006 | Mortgage Arrears | $56,811.04 | $0.00 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»»  07P | Priority Crediors | $71,751.29 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»»  07U | Unsecured Creditors | $2,228.55 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»»  008 | Unsecured Creditors | $409.04 | $0.00 | $0.00 |
| 11 | NEWREZ LLC  D/B/A<br>»»  009 | Mortgage Arrears | $34,157.98 | $0.00 | $0.00 |
| 12 | ALLY FINANCIAL INC fka GMAC<br>»»  10S | Secured Creditors | $21,008.17 | $0.00 | $0.00 |
| 13 | ALLY FINANCIAL INC fka GMAC<br>»»  10U | Unsecured Creditors | $17,193.39 | $0.00 | $0.00 |
| 14 | NEW CREDIT AMERICA LLC<br>»»  011 | Unsecured Creditors | $7,955.77 | $0.00 | $0.00 |
| 15 | MARINER FINANCE LLC<br>»»  12S | Secured Creditors | $6,525.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-14377-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | MARINER FINANCE LLC<br>»»  12U | Unsecured Creditors | $4,028.96 | $0.00 | $0.00 |
| 0 | JOHN A GAGLIARDI ESQ | Attorney Fees | $5,500.00 | $0.00 | $5,500.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,500.00 | Current Monthly Payment: | $2,155.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,655.00 |
| Paid to Trustee: | $275.00 | Total Plan Base: | $119,370.00 |
| Funds on Hand: | $3,225.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.