---

**Fill in this information to identify your case:**

Debtor 1   Tery N. Tittle
         First Name           Middle Name           Last Name

Debtor 2   Kimberly M. Tittle
(Spouse, if filing)   First Name           Middle Name           Last Name

United States Bankruptcy Court for the Eastern District of Pennsylvania

Case number   20-14377
(If known)

☑ Check if this is an
amended filing

---

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and*
*Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ Tery N. Tittle                              ✗ /s/ Kimberly M. Tittle
Signature of Debtor 1                             Signature of Debtor 2

Date 09/01/2021                                   Date 09/01/2021
    MM / DD / YYYY                          MM / DD / YYYY