**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In Re: | : | Chapter 13 |
|     TERY N. TITTLE | : | |
|     KIMBERLY M. TITTLE | : | Case No. 20-14377-amc |
|                   Debtors | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that service of the DEBTORS' AMENDED CHAPTER 13 PLAN upon the following was completed by First Class U.S. Mail, Certified, Return Receipt Requested.

The Domestic Return Receipts for each are attached.

Americredit
(Article No. 7021 0350 0000 1546 7120, signed by F. Guzman, delivered on 09/08/21)
Attention: Daniel Berce, CEO
801 Cherry St – Ste. 3500
Fort Worth, TX 76102-6854

Americredit Financial Services, Inc. dba GM Financial
(Article No. 7021 0350 0000 1546 7137, signed by B. Weber, delivered on 09/07/21)
Attention: Mandy Youngblood
PO Box 183853
Arlington, TX 76096

OneMain Financial
(Article No. 7021 0350 0000 1546 7144, signed by Rodney J. Schmitt, delivered on 09/07/21)
Attention: Deedra D. Slow
Bankruptcy Specialist
PO Box 3251
Evansville, IN 47731-3251

OneMain Holdings, Inc.
(Article Nno. 7021 0350 0000 1546 7151, signed by Rodney J. Schmitt, delivered on 09/08/21)
Attention: Douglas Shulman, CEO
601 NW 2nd St.
Evansville, IN 47708-1013

                                      WETZEL GAGLIARDI FETTER & LAVIN LLC

Date:  September 15, 2021         BY:  /s/ John A. Gagliardi
                                                     John A. Gagliardi, Esquire
                                                     122 S. Church St.
                                                     West Chester, PA 19382
                                                     (484) 887-0779
                                                     (484) 887-8763 (Fax)



**Receipt 1:**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Americredit
Attn: Daniel Berce, CEO
801 Cherry St, Ste 3500
Ft. Worth TX 76102-6854

9590 9402 6652 1060 9932 47

2. Article Number (Transfer from service label)

7021 0350 0000 1546 7120

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X F. Guzman
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
9/8/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**Receipt 2:**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Americredit Fin. Svcs, Inc.
d/b/a GM Financial
Attn: Mandy Youngblood
P.O. Box 183853
Arlington, TX 76096

9590 9402 6652 1060 9932 54

2. Article Number (Transfer from service label)

7021 0350 0000 1546 7137

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X B. Weber
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt