Ref Num: D1149037.1


UNIVERSITY of MARYLAND
UPPER CHESAPEAKE MEDICAL CENTER

TWO HUNDRED NINETEEN 79/100

TITTLE, KIMBERLY M.
324 ANVIL ROAD
NOTTINGHAM, PA 19362

Date: 10/29/21
Amount: 219.79

## NON-NEGOTIABLE PAYMENT ADVICE

### TITTLE, KIMBERLY M.

| Employee Number | Department | Pay Period | Pay Date | Rate | Ref Num |
|---|---|---|---|---|---|
| XXXXX6374 | 15.6100 | 10/10/21 - 10/23/21 | 10/29/21 | 22.39 | D1149037.1 |

### Current Period Summary

| Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|
| 650.67 | 29.85 | 401.03 | 219.79 |

### YTD Summary

| Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|
| 22302.53 | 2163.99 | 7378.33 | 12760.21 |

### Earnings Detail

| Earning | Hours | Rate | Earnings |
|---|---|---|---|
| REGULAR EVE | 2.000 | 23.890 | 44.78 |
| REGULAR EVE -DIFF | 2.000 | 1.500 | 3.00 |
| REGULAR NIGHT | 6.000 | 24.140 | 134.34 |
| REG NIGHT -DIFF | 6.000 | 1.750 | 10.50 |
| REGULAR WKND DAY | 6.500 | 23.390 | 145.54 |
| REG WKND DAY-DIFF | 6.500 | 1.000 | 6.50 |
| REGULAR WKND EVE | 4.250 | 24.390 | 95.16 |
| REG WKND EVE-DIFF | 4.250 | 2.000 | 8.50 |
| REGULAR WKND NGT | 4.250 | 24.890 | 95.16 |
| REG WKND NGT-DIFF | 4.250 | 2.500 | 10.63 |
| VACATION | 0.970 | 24.140 | 21.72 |
| DIFF - VACATION | 0.970 | 1.750 | 1.70 |
| SAFE AND SICK-N | 3.030 | 24.140 | 67.84 |
| DIFF-SAFE SCK-N | 3.030 | 1.750 | 5.30 |
| TOTAL | 27.000 | | 650.67 |

### Multi Payments

| Payment Type | Payment Amount |
|---|---|
| DD:XXXXX8887-C | 219.79 |

### Withholdings Detail

| Withholding | Current Amount Withheld | YTD Amount Withheld |
|---|---|---|
| HLTH-INS PPO PLAN | 338.14 | 6062.89 |
| DENTAL-GOLD | 34.10 | 682.06 |
| FICA-MED | 4.04 | 225.58 |
| FICA-SS | 17.26 | 964.58 |
| TSA | 25.00 | 550.00 |
| FED INC TAX | 0.00 | 496.21 |
| PENN STATE TAX | 8.55 | 477.62 |
| LIFE INSURANCE | 3.79 | 83.38 |
| TOTAL | 430.88 | 9542.32 |

### Benefits Detail

| Benefit | Available Balance |
|---|---|
| SICK | 1.059 |
| VAC | 28.584 |
| HOL | -22.400 |
| PER | -15.000 |

Ref Num: Multiple Payments



UNIVERSITY of MARYLAND
UPPER CHESAPEAKE MEDICAL CENTER

FIVE HUNDRED FIFTEEN 94/100

TITTLE, KIMBERLY M.
324 ANVIL ROAD
NOTTINGHAM, PA 19362

Date: 11/12/21
Amount: 515.94

## NON-NEGOTIABLE PAYMENT ADVICE

| TITTLE, KIMBERLY M. | | | | | |
|---|---|---|---|---|---|
| Employee Number | Department | Pay Period | Pay Date | Rate | Ref Num |
| XXXXX6374 | 15.6100 | 10/24/21 - 11/06/21 | 11/12/21 | 22.39 | Multiple Payments |

### Current Period Summary

| Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|
| 946.99 | 80.02 | 351.03 | 515.94 |

### YTD Summary

| Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|
| 23249.52 | 2244.01 | 7729.36 | 13276.15 |

### Earnings Detail

| Earning | Hours | Rate | Earnings |
|---|---|---|---|
| REGULAR DAY | 12.750 | 22.390 | 285.48 |
| REGULAR EVE | 4.250 | 23.890 | 95.16 |
| REGULAR EVE -DIFF | 4.250 | 1.500 | 6.38 |
| REGULAR NIGHT | 14.000 | 24.140 | 313.46 |
| REG NIGHT -DIFF | 14.000 | 1.750 | 24.50 |
| REGULAR WKND EVE | 4.000 | 24.390 | 89.56 |
| REG WKND EVE-DIFF | 4.000 | 2.000 | 8.00 |
| VACATION | 4.000 | 24.890 | 89.56 |
| DIFF - VACATION | 4.000 | 2.500 | 10.00 |
| PERSONAL DAY | 1.000 | 24.890 | 22.39 |
| DIFF - PERS DAY | 1.000 | 2.500 | 2.50 |
| TOTAL | 40.000 | | 946.99 |

### Benefits Detail

| Benefit | Available Balance |
|---|---|
| SICK | 2.673 |
| VAC | 27.276 |
| HOL | -22.400 |
| PER | -16.000 |

### Multi Payments

| Payment Type | Payment Amount |
|---|---|
| DD:XXXXX8887-C | 250.00 |
| DD:XXXXX8129-C | 265.94 |

### Withholdings Detail

| Withholding | Current Amount Withheld | YTD Amount Withheld |
|---|---|---|
| HLTH-INS PPO PLAN | 288.14 | 6351.03 |
| DENTAL-GOLD | 34.10 | 716.16 |
| FICA-MED | 9.06 | 234.64 |
| FICA-SS | 38.73 | 1003.31 |
| TSA | 25.00 | 575.00 |
| FED INC TAX | 13.05 | 509.26 |
| PENN STATE TAX | 19.18 | 496.80 |
| LIFE INSURANCE | 3.79 | 87.17 |
| TOTAL | 431.05 | 9973.37 |

Ref Num: Multiple Payments



# UNIVERSITY of MARYLAND
# UPPER CHESAPEAKE MEDICAL CENTER

FOUR HUNDRED TWENTY-TWO 94/100

TITTLE, KIMBERLY M.
324 ANVIL ROAD
NOTTINGHAM, PA 19362

Date: 11/26/21
Amount: 422.94

## NON-NEGOTIABLE PAYMENT ADVICE

| TITTLE, KIMBERLY M. | | | | | |
|---|---|---|---|---|---|
| Employee Number | Department | Pay Period | Pay Date | Rate | Ref Num |
| XXXXX6374 | 15.6100 | 11/07/21 - 11/20/21 | 11/26/21 | 22.39 | Multiple Payments |

### Current Period Summary

| Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|
| 879.69 | 55.72 | 401.03 | 422.94 |

### YTD Summary

| Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|
| 24129.21 | 2299.73 | 8130.39 | 13699.09 |

### Earnings Detail

| Earning | Hours | Rate | Earnings |
|---|---|---|---|
| REGULAR EVE | 16.500 | 23.890 | 369.44 |
| REGULAR EVE -DIFF | 16.500 | 1.500 | 24.75 |
| REGULAR NIGHT | 4.000 | 24.140 | 89.56 |
| REG NIGHT -DIFF | 4.000 | 1.750 | 7.00 |
| REGULAR WKND DAY | 14.500 | 23.390 | 324.66 |
| REG WKND DAY-DIFF | 14.500 | 1.000 | 14.50 |
| REGULAR WKND NGT | 2.000 | 24.890 | 44.78 |
| REG WKND NGT-DIFF | 2.000 | 2.500 | 5.00 |
| TOTAL | 37.000 | | 879.69 |

### Benefits Detail

| Benefit | Available Balance |
|---|---|
| SICK | 4.379 |
| VAC | 30.121 |
| HOL | -22.400 |
| PER | -16.000 |

### Multi Payments

| Payment Type | Payment Amount |
|---|---|
| DD:XXXXX8887-C | 250.00 |
| DD:XXXXX8129-C | 172.94 |

### Withholdings Detail

| Withholding | Current Amount Withheld | YTD Amount Withheld |
|---|---|---|
| HLTH-INS PPO PLAN | 338.14 | 6689.17 |
| DENTAL-GOLD | 34.10 | 750.26 |
| FICA-MED | 7.36 | 242.00 |
| FICA-SS | 31.46 | 1034.77 |
| TSA | 25.00 | 600.00 |
| FED INC TAX | 1.32 | 510.58 |
| PENN STATE TAX | 15.58 | 512.38 |
| LIFE INSURANCE | 3.79 | 90.96 |
| TOTAL | 456.75 | 10430.12 |

Ref Num: Multiple Payments

# UNIVERSITY of MARYLAND
## UPPER CHESAPEAKE MEDICAL CENTER

SEVEN HUNDRED SIXTEEN 46/100

TITTLE, KIMBERLY M.
324 ANVIL ROAD
NOTTINGHAM, PA 19362

Date: 12/10/21
Amount: 716.46

## NON-NEGOTIABLE PAYMENT ADVICE

| TITTLE, KIMBERLY M. | | | | | |
|---|---|---|---|---|---|
| Employee Number | Department | Pay Period | Pay Date | Rate | Ref Num |
| XXXXX6374 | 15.6100 | 12/04/21 - 12/04/21 | 12/10/21 | 23.06 | Multiple Payments |

### Current Period Summary

| Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|
| 1249.94 | 132.45 | 401.03 | 716.46 |

### YTD Summary

| Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|
| 25379.15 | 2432.18 | 8531.42 | 14415.55 |

### Earnings Detail

| Earning | Hours | Rate | Earnings |
|---|---|---|---|
| REGULAR EVE | 12.000 | 24.560 | 276.72 |
| REGULAR EVE -DIFF | 12.000 | 1.500 | 18.00 |
| REGULAR WKND DAY | 8.250 | 24.060 | 190.25 |
| REG WKND DAY-DIFF | 8.250 | 1.000 | 8.25 |
| REGULAR WKND NGT | 4.250 | 25.560 | 98.01 |
| REG WKND NGT-DIFF | 4.250 | 2.500 | 10.63 |
| HOL WORK NIGHT | 6.500 | 36.340 | 224.84 |
| DIFF-HOL WRK NGT | 6.500 | 1.750 | 11.38 |
| VACATION | 6.620 | 24.810 | 152.66 |
| DIFF - VACATION | 6.620 | 1.750 | 11.59 |
| HOLIDAY | 5.600 | 24.810 | 129.14 |
| DIFF - HOLIDAY | 5.600 | 1.750 | 9.80 |
| SAFE AND SICK-N | 4.380 | 24.810 | 101.00 |
| DIFF-SAFE SCK-N | 4.380 | 1.750 | 7.67 |
| TOTAL | 47.600 | | 1249.94 |

### Multi Payments

| Payment Type | Payment Amount |
|---|---|
| DD:XXXXX8887-C | 250.00 |
| DD:XXXXX8129-C | 466.46 |

### Withholdings Detail

| Withholding | Current Amount Withheld | YTD Amount Withheld |
|---|---|---|
| HLTH-INS PPO PLAN | 338.14 | 7027.31 |
| DENTAL-GOLD | 34.10 | 784.36 |
| FICA-MED | 12.73 | 254.73 |
| FICA-SS | 54.42 | 1089.19 |
| TSA | 25.00 | 625.00 |
| FED INC TAX | 38.35 | 548.93 |
| PENN STATE TAX | 26.95 | 539.33 |
| LIFE INSURANCE | 3.79 | 94.75 |
| TOTAL | 533.48 | 10963.60 |

### Benefits Detail

| Benefit | Available Balance |
|---|---|
| SICK | 1.428 |
| VAC | 25.885 |
| HOL | -28.000 |
| PER | -16.000 |



Ref Num: Multiple Payments

FIVE HUNDRED SEVENTY-ONE 31/100

TITTLE, KIMBERLY M.
324 ANVIL ROAD
NOTTINGHAM, PA 19362

Date: 12/23/21
Amount: 571.31

## NON-NEGOTIABLE PAYMENT ADVICE

| TITTLE, KIMBERLY M. | | | | | |
|---|---|---|---|---|---|
| Employee Number | Department | Pay Period | Pay Date | Rate | Ref Num |
| XXXXX6374 | 15.6100 | 12/05/21 - 12/18/21 | 12/23/21 | 23.06 | Multiple Payments |

### Current Period Summary

| Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|
| 1066.84 | 94.50 | 401.03 | 571.31 |

### YTD Summary

| Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|
| 26445.99 | 2526.68 | 8932.45 | 14986.86 |

### Earnings Detail

| Earning | Hours | Rate | Earnings |
|---|---|---|---|
| REGULAR EVE | 18.250 | 24.560 | 420.85 |
| REGULAR EVE -DIFF | 18.250 | 1.500 | 27.38 |
| REGULAR WKND EVE | 6.250 | 25.060 | 144.13 |
| REG WKND EVE-DIFF | 6.250 | 2.000 | 12.50 |
| REGULAR WKND NGT | 4.250 | 25.560 | 98.01 |
| REG WKND NGT-DIFF | 4.250 | 2.500 | 10.63 |
| VACATION | 12.570 | 23.060 | 289.86 |
| DIFF - VACATION | 12.570 | 2.228 | 28.00 |
| SAFE AND SICK-N | 1.430 | 24.810 | 32.98 |
| DIFF-SAFE SCK-N | 1.430 | 1.750 | 2.50 |
| TOTAL | 42.750 | | 1066.84 |

### Benefits Detail

| Benefit | Available Balance |
|---|---|
| SICK | 1.323 |
| VAC | 15.526 |
| HOL | -28.000 |
| PER | -16.000 |

### Multi Payments

| Payment Type | Payment Amount |
|---|---|
| DD:XXXXX8887-C | 250.00 |
| DD:XXXXX8129-C | 321.31 |

### Withholdings Detail

| Withholding | Current Amount Withheld | YTD Amount Withheld |
|---|---|---|
| HLTH-INS PPO PLAN | 314.53 | 7341.84 |
| DENTAL-GOLD | 57.71 | 842.07 |
| FICA-MED | 10.07 | 264.80 |
| FICA-SS | 43.07 | 1132.26 |
| TSA | 25.00 | 650.00 |
| FED INC TAX | 20.04 | 568.97 |
| PENN STATE TAX | 21.32 | 560.65 |
| LIFE INSURANCE | 3.79 | 98.54 |
| TOTAL | 495.53 | 11459.13 |

Ref Num: Multiple Payments



UNIVERSITY of MARYLAND
UPPER CHESAPEAKE MEDICAL CENTER

Date: 01/07/22
Amount: 706.17

SEVEN HUNDRED SIX 17/100

TITTLE, KIMBERLY M.
324 ANVIL ROAD
NOTTINGHAM, PA 19362

## NON-NEGOTIABLE PAYMENT ADVICE

### TITTLE, KIMBERLY M.

| Employee Number | Department | Pay Period | Pay Date | Rate | Ref Num |
|---|---|---|---|---|---|
| XXXXX6374 | 15.6100 | 12/19/21 - 01/01/22 | 01/07/22 | 23.06 | Multiple Payments |

### Current Period Summary

| Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|
| 1066.22 | 125.86 | 234.19 | 706.17 |

### YTD Summary

| Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|
| 1066.22 | 125.86 | 234.19 | 706.17 |

### Earnings Detail

| Earning | Hours | Rate | Earnings |
|---|---|---|---|
| REGULAR EVE | 6.000 | 24.560 | 138.36 |
| REGULAR EVE -DIFF | 6.000 | 1.500 | 9.00 |
| REGULAR NIGHT | 8.500 | 24.810 | 196.01 |
| REG NIGHT -DIFF | 8.500 | 1.750 | 14.88 |
| VACATION | 15.530 | 23.060 | 358.12 |
| DIFF - VACATION | 15.530 | 1.985 | 30.82 |
| HOLIDAY | 11.200 | 25.560 | 258.28 |
| DIFF - HOLIDAY | 11.200 | 2.500 | 28.00 |
| SAFE AND SICK-N | 1.320 | 24.810 | 30.44 |
| DIFF-SAFE SCK-N | 1.320 | 1.750 | 2.31 |
| TOTAL | 42.550 | | 1066.22 |

### Benefits Detail

| Benefit | Available Balance |
|---|---|
| SICK | 0.671 |
| VAC | 1.111 |
| HOL | -39.200 |
| PER | -16.000 |

### Multi Payments

| Payment Type | Payment Amount |
|---|---|
| DD:XXXXX8887-C | 250.00 |
| DD:XXXXX8129-C | 456.17 |

### Withholdings Detail

| Withholding | Current Amount Withheld | YTD Amount Withheld |
|---|---|---|
| HLTH-INS PPO PLAN | 123.92 | 123.92 |
| DENTAL-GOLD | 81.48 | 81.48 |
| FICA-MED | 12.48 | 12.48 |
| FICA-SS | 53.37 | 53.37 |
| TSA | 25.00 | 25.00 |
| FED INC TAX | 33.58 | 33.58 |
| PENN STATE TAX | 26.43 | 26.43 |
| LIFE INSURANCE | 3.79 | 3.79 |
| TOTAL | 360.05 | 360.05 |