IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | |
| TERY N. TITTLE ) | |
| KIMBERLY M. TITTLE ) | CHAPTER 7 |
| ) | Previous Chapter 13 |
| **Debtor(s)** ) | |
| ) | Case No.: 20-14377 (AMC) |
| AMERICREDIT FINANCIAL SERVICES, INC. ) | |
| dba GM FINANCIAL ) | |
| **Moving Party** ) | **Hearing Date: 3-30-22 at 12:30 PM** |
| ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| TERY N. TITTLE ) | |
| KIMBERLY M. TITTLE ) | |
| **Respondent(s)** ) | |
| ) | |
| CHRISTINE C. SHUBERT ) | |
| **Trustee** ) | |

### ORDER LIFTING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is lifted pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) as to the movant to pursue the movant's rights in the personal property described as a **2015 Chevrolet Impala** bearing vehicle identification number 1G11Z5SL4FU148919 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:

**Date: March 30, 2022**

_____
UNITED STATES BANKRUPTCY JUDGE