**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Tery N. Tittle and Kimberly M. Tittle | : | Case No. 20-14377 AMC |
| | : | |
| Debtors | : | |

**ORDER**

AND NOW, this ___ day of _____, 202__, upon consideration of the Motion to Sell Real Property free and clear of all liens and encumbrances, notice to all interested parties, the filing of any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

ORDERED, that Debtors are authorized to sell real property located at 324 Anvil Road, Nottingham, PA 19362 ("Property") free and clear of all liens and encumbrances, for the sale price of $440,000.00, pursuant to the terms of a certain real estate Agreement of Sale, dated March 10, 2022, to the Buyer thereunder, Daniel E. Kleiner or Daniel E. Kleiner and Sara Kleiner, husband/wife ("Buyer"), who have been represented to be purchasing the Property at arm's length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed substantially in the following manner from sale proceeds unless otherwise indicated below:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to, those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $10,000.00 |
| 2. | Liens paid at closing | $415,770.06 |
| 3. | Real estate taxes, sewer, trash and/or other such items | (included in #1) |
| 4. | Property repairs, if any | (included in #1) |
| 5. | Real estate commission, at no greater than 5% | $0.00 |

6. Attorneys' fees $3,500.00[1]

7. Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement      (included in #1)

8. Other      $ Not Applicable

TOTAL      $429,270.06

After paying all liens in full and all costs of sale as above-stated, the title clerk shall disburse the net proceeds, if any, to the Debtors.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

---

[1] Attorney's Fees to be paid to "Wetzel Gagliardi Fetter & Lavin LLC" shall be paid from Debtors' sale proceeds or by the Buyer.