United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14377-amc |
| Tery N. Tittle | Chapter 7 |
| Kimberly M. Tittle | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 07, 2022 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Tery N. Tittle, 324 Anvil Rd, Nottingham, PA 19362-9611 |
| jdb | #+ | Kimberly M. Tittle, 324 Anvil Road, Nottingham, PA 19362-9611 |
| NONE | + | Wetzel Gagliardi Fetter & Lavin LLC, 122 S. Church St., West Chester, PA 19382-3223 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 07 2022 23:56:53 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 07 2022 23:46:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriCredit Financial Services, Inc. dba GM Financ |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2022            Signature:     /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 07, 2022 | Form ID: pdf900 | Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| JOHN A. GAGLIARDI | on behalf of Wetzel Gagliardi Fetter & Lavin LLC jgagliardi@wgflaw.com |
| JOHN A. GAGLIARDI | on behalf of Joint Debtor Kimberly M. Tittle jgagliardi@wgflaw.com |
| JOHN A. GAGLIARDI | on behalf of Debtor Tery N. Tittle jgagliardi@wgflaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Tery N. Tittle and Kimberly M. Tittle | : | Case No. 20-14377 AMC |
| | : | |
| Debtors | : | |

**ORDER**

AND NOW, this ___ day of _____, 202__, upon consideration of the Motion to Sell Real Property free and clear of all liens and encumbrances, notice to all interested parties, the filing of any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

ORDERED, that Debtors are authorized to sell real property located at 324 Anvil Road, Nottingham, PA 19362 ("Property") free and clear of all liens and encumbrances, for the sale price of $440,000.00, pursuant to the terms of a certain real estate Agreement of Sale, dated March 10, 2022, to the Buyer thereunder, Daniel E. Kleiner or Daniel E. Kleiner and Sara Kleiner, husband/wife ("Buyer"), who have been represented to be purchasing the Property at arm's length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed substantially in the following manner from sale proceeds unless otherwise indicated below:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to, those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $10,000.00 |
| 2. | Liens paid at closing | $415,770.06 |
| 3. | Real estate taxes, sewer, trash and/or other such items | (included in #1) |
| 4. | Property repairs, if any | (included in #1) |
| 5. | Real estate commission, at no greater than 5% | $0.00 |

6. Attorneys' fees $3,500.00[1]

7. Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement (included in #1)

8. Other $ Not Applicable

TOTAL $429,270.06

After paying all liens in full and all costs of sale as above-stated, the title clerk shall disburse the net proceeds, if any, to the Debtors.

BY THE COURT:

Date: April 7, 2022

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

---

[1] Attorney's Fees to be paid to "Wetzel Gagliardi Fetter & Lavin LLC" shall be paid from Debtors' sale proceeds or by the Buyer.