United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 20-14377-amc
Tery N. Tittle     Chapter 7
Kimberly M. Tittle
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: May 02, 2022     Form ID: 318     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Tery N. Tittle, 324 Anvil Rd, Nottingham, PA 19362-9611 |
| jdb | #+ | Kimberly M. Tittle, 324 Anvil Road, Nottingham, PA 19362-9611 |
| 14661151 | + | Armstrong, 437 Main St., Butler, PA 16001-4358 |
| 14558748 | ++ | CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS CT, KENNESAW GA 30144-5897 address filed with court:, Carmax Auto Finance, 225 Chastain Meadows Court, Kennesaw, GA 30144 |
| 14661152 | + | Keystone Collections Group, PO Box 499, Irwin, PA 15642-0499 |
| 14558753 | | Lendmark Financial Services, 2118 Usher Street, Suite 200, Conyers, GA 30094-5173 |
| 14661149 | + | State of Delaware, Dept. of Transportation/EZ Pass, PO Box 697, Dover, DE 19903-0697 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 02 2022 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | May 03 2022 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2022 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 02 2022 23:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14558742 | | Email/Text: ebn@21stmortgage.com | May 02 2022 23:51:00 | 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37902 |
| 14560625 | | EDI: PHINAMERI.COM | May 03 2022 03:53:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14558743 | | EDI: GMACFS.COM | May 03 2022 03:53:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14558744 | + | EDI: PHINAMERI.COM | May 03 2022 03:53:00 | Americredit Fin. Svcs d/b/a GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 14558745 | + | Email/Text: legal@blirentals.com | May 02 2022 23:51:00 | BLI Rentals, LLC, PO Box 992, Emporia, KS 66801-0992 |
| 14558748 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | May 02 2022 23:51:00 | Carmax Auto Finance, 225 Chastain Meadows Court, Kennesaw, GA 30144 |
| 14561087 | + | EDI: AIS.COM | | |

Case 20-14377-amc    Doc 102    Filed 05/04/22    Entered 05/05/22 00:33:18    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 02, 2022 | Form ID: 318 | Total Noticed: 32 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 03 2022 03:53:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14558746 | | EDI: CAPITALONE.COM | May 03 2022 03:53:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14558747 | + | EDI: CAPITALONE.COM | May 03 2022 03:53:00 | Capital One Bank USA NA, 1680 Capital One Drive, McLean, VA 22102-3407 |
| 14661150 | + | EDI: CCS.COM | May 03 2022 03:53:00 | Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 14558749 | | Email/PDF: creditonebknotifications@resurgent.com | May 02 2022 23:55:53 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14558750 | | EDI: CITICORP.COM | May 03 2022 03:53:00 | DSNB Macy's, PO Box 8218, Monroe, OH 45050 |
| 14558751 | + | EDI: BLUESTEM | May 03 2022 03:53:00 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14558752 | | EDI: IRS.COM | May 03 2022 03:53:00 | IRS, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14563668 | | Email/Text: ktramble@lendmarkfinancial.com | May 02 2022 23:51:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014-3001 |
| 14569853 | | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2022 23:55:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14558754 | + | Email/Text: bankruptcy@marinerfinance.com | May 02 2022 23:51:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14558755 | | Email/Text: bankruptcy@ncaloans.com | May 02 2022 23:51:00 | New Credit America LLC, 811 SW Naito Parkway, Suite 300, Portland, OR 97204 |
| 14668298 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 02 2022 23:51:00 | NJ EZ Pass, PO Box 4971, Trenton, NJ 08650 |
| 14572082 | | Email/Text: mtgbk@shellpointmtg.com | May 02 2022 23:51:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 14558756 | | EDI: AGFINANCE.COM | May 03 2022 03:53:00 | One Main, PO Box 3251, Evansville, IN 47731-3251 |
| 14558757 | | Email/Text: mtgbk@shellpointmtg.com | May 02 2022 23:51:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14558758 | | EDI: RMSC.COM | May 03 2022 03:53:00 | Syncb/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14561875 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14602651 | *+ | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14668299 | *+ | State of Delaware, Dept. of Transportation/EZ Pass, PO Box 697, Dover, DE 19903-0697 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 02, 2022 | Form ID: 318 | Total Noticed: 32 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2022         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| JOHN A. GAGLIARDI | on behalf of Joint Debtor Kimberly M. Tittle jgagliardi@wgflaw.com |
| JOHN A. GAGLIARDI | on behalf of Debtor Tery N. Tittle jgagliardi@wgflaw.com |
| JOHN A. GAGLIARDI | on behalf of Wetzel Gagliardi Fetter & Lavin LLC jgagliardi@wgflaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 8

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Tery N. Tittle | Social Security number or ITIN   xxx–xx–9001 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kimberly M. Tittle | Social Security number or ITIN   xxx–xx–5066 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 20–14377–amc | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tery N. Tittle                                                     Kimberly M. Tittle

5/2/22                                                              **By the court:**   Ashely M. Chan
                                                                                         United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---